■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. CALHOUN, Appellant. [616 NYS2d 272] —Judgment unanimously affirmed. Same Memorandum as in *People v Treadwell* (206 AD2d 861 [decided herewith]). (Appeal from Judgment of Oswego County Court, Auser, J.—Burglary, 3rd Degree.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.